IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 13 2000
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS GARZA, et al. | : |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION NO. B-00-056 |
| PLANTATION SWEETS, INC., | : |
| Defendant. | : |

### MOTION OF PHYLLIS J. HOLMEN TO APPEAR AS OF COUNSEL FOR PLAINTIFFS *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Phyllis J. Holmen, a resident of DeKalb County, Georgia, hereinafter called "Movant," moves this Court for permission to appear *pro hac vice* as of counsel for Plaintiffs. In support of the motion, Movant shows the Court that:

1. Movant is an attorney admitted to the Bar of Georgia in October 1974 and admitted to the Bar of the United States District Court for the Southern District of Georgia in October 1974.

2. Movant is not admitted to the Bar of this Court, but meets all of the requirements for admission.

3. Movant has not previously been convicted of a felony or misdemeanor involving moral turpitude nor has she been the subject of any disciplinary action by any court of record.

4. Rodolfo D. Sanchez, a member of the Bar of the United States District Court for the Southern District of Texas, will appear as co-counsel for Plaintiffs along with Movant.

WHEREFORE, Movant Phyllis J. Holmen moves the Court to permit her to appear as of counsel for Plaintiffs in the above entitled and numbered cause.

Respectfully submitted,

*Phyllis J. Holmen*
Phyllis J. Holmen
Georgia State Bar No. 363850

Lisa J. Krisher
Georgia State Bar No. 429762
1100 Spring Street , Suite 200-A
Atlanta, Georgia 30309
Tel: 404-206-5175
Fax: 404-206-5346

Nancy J. Schivone
Georgia State Bar No. 62939
P.O. Box 1669
Tifton, Georgia 31793
Tel: 912-386-3566
Fax: 912-386-3588
Attorney In Charge For Plaintiffs

Rodolfo D. Sanchez
So. Dist. I.D. No. 12600
Texas Bar No. 17572100
TEXAS RURAL LEGAL AID., INC.
300 S. Texas Blvd.
Weslaco, Texas  78596
Tel.:   (210) 968-9574
Fax :   (210) 968-8823
Co-Counsel For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify ~~this ___ day of April, 2000~~ that a true and correct copy of the foregoing Motion For Leave To Appear Pro Hac Vice *will be served* along with Plaintiffs' Original Complaint ~~have been duly served~~ on Defendant PLANTATION SWEETS, INC. at the addresses that appear below:

> Mr. Glen Cheney
> Attorney at Law
> 100 Memorial Drive
> P.O. Box 1548
> Reidsville, Georgia 30453
> Tel: 912-557-4909
> Fax: 912-557-4606

_____
Counsel for Plaintiffs