5

United States District Court
Southern District of Texas
ENTERED

APR 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARZA, et al. | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| vs. | : 00-56- |
| PLANTATION SWEETS, INC., | : |
| Defendant. | : |

## ORDER GRANTING MOTION OF PHYLLIS J. HOLMEN
## TO APPEAR AS CO-COUNSEL FOR PLAINTIFFS *PRO HAC VICE*

The Court, having considered the motion of Phyllis J. Holmen for leave to appear *pro hac vice* as co-counsel for Plaintiffs, and finding that such appearance is proper and appropriate in the circumstances;

HEREBY ORDERS that Phyllis J. Holmen be, and is hereby, permitted to appear *pro hac vice* as co-counsel for Plaintiffs in this cause.

SIGNED this 14 day of APRIL, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE