IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 17 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JESUS GARZA, et al. | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| vs. | : CAB-00-56 |
| PLANTATION SWEETS, INC., | : |
| Defendant. | : |

### ORDER GRANTING MOTION OF LISA J. KRISHER
### TO APPEAR AS CO-COUNSEL FOR PLAINTIFFS *PRO HAC VICE*

The Court, having considered the motion of Lisa J. Krisher for leave to appear *pro hac vice* as co-counsel for Plaintiffs, and finding that such appearance is proper and appropriate in the circumstances;

HEREBY ORDERS that Lisa J. Krisher be, and is hereby, permitted to appear *pro hac vice* as co-counsel for Plaintiffs in this cause.

SIGNED this 14 day of APRIL, 2000.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE