7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

JESUS GARZA, et al.            :
                              :
            Plaintiffs,        :        CIVIL ACTION NO.
                              :
vs.                            :        B-00-56
                              :
PLANTATION SWEETS, INC.,       :
                              :
            Defendant.         :
_____:

## ORDER GRANTING MOTION OF NANCY J. SCHIVONE
## TO APPEAR ATTORNEY IN CHARGE FOR PLAINTIFFS *PRO HAC VICE*

The Court, having considered the motion of Nancy J. Schivone for leave to appear *pro hac vice* as attorney in charge for Plaintiffs, and finding that such appearance is proper and appropriate in the circumstances;

IT IS HEREBY ORDERED that Nancy J. Schivone be, and is hereby, permitted to appear *pro hac vice* as attorney in charge for Plaintiffs in this case.

SIGNED this _17_ day of _APRIL_, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

-4-