

United States District Court
Southern District of Texas
FILED

MAY 0 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARZA, et al., | : |
| Plaintiffs, | : Civil Action No. B-00-056 |
| vs. | : |
| PLANTATION SWEETS, INC., | : |
| Defendant. | : |

**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS**

Plaintiffs hereby file, pursuant to Fed. R. Civ. P. 4(l), proof of service of process on Defendant Plantation Sweets, Inc.

Respectfully Submitted,

/s/ N. Schivone

Nancy J. Schivone
Attorney in charge for Plaintiffs
Georgia Bar No. 629398
150 South Ridge Avenue
P.O. Box 1669
Tifton, Georgia 31793
Attorney for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel: 956-968-9574
Fax.: 956-968-8823

        Lisa J. Krisher
        Georgia State Bar No. 429762
        Phyllis J. Holmen
        Georgia State Bar No. 363850
        1100 Spring Street, Suite 200-A
        Atlanta, Georgia 30309
        Tel: 404-206-5175
        Fax: 404-206-5346

        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of May, 2000, served a true and accurate copy of the foregoing NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS upon the following individual indicated below by depositing the same in the United States Postal Service Mail, with adequate postage affixed thereto and properly addressed as follows:

        Mr. Glen A. Cheney
        Attorney at Law
        100 Memorial Drive
        P.O. Box 1548
        Reidsville, Georgia 30453

        _____
        Counsel for Plaintiffs

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Southern__ DISTRICT OF __Texas__

Garza, et al.

V.

Plantation Sweets, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-056

TO: (Name and address of defendant)

Mr. Glen A. Cheney
Registered Agent-Plantation Sweets, Inc.
100 Memorial Drive
Reidsville, Georgia 30453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nan Schivone
Attorney in charge for Plaintiffs
P.O. Box 1669
150 South Ridge Avenue
Tifton, Georgia 31793

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GEORGIA, TATTNALL COUNTY:
I have this day served the Defendant _Glen A. Cheney_
Personally with a true copy of the within petition and summons.
This the _24_ day of _April_, 19_2000_
_Ken Flowers 865_
4-13-00     Sheriff.

Michael N Milby, Clerk

CLERK

(BY) DEPUTY CLERK

Docket 11 Pg 35

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

Signature of Server

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure