9

United States District Court
Southern District of Texas
FILED

MAY 15 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARZA, MARTHA ALEJOS, FELIPE ALEJOS, ANDRES ARJONA, CARLOS ARREOLA, TIMOTEO ARREAGA, ISIDRO BANDA, ISRAEL BECERRA, LUCIANO CAMPOS, CARLOS CASANOVA, ROMUALDO CORRALES, FRANCISCO CRUZ, JR., ENRIQUE FARIAS, RAMIRO GARCIA, ROBERTO GARZA, ABEL LOPEZ, ABEL LOPEZ, JR., BEATRIZ LOPEZ, MARTHA LOPEZ, ANTONIO MARTINEZ, JUAN MATRINEZ, SERGIO MARTINEZ, JOSE MEJIA, GONZALO PEREZ, CARLOS QUINTANILLA, DOROTEO RODRIGUEZ, RUDECINDO RODRIGUEZ, REOFILO SOLIS, FELIX SUAREZ, JUAN TORRES, AND RAUL VASQUEZ, § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-056<br><br>JURY |
| Plaintiffs | |
| v. | |
| PLANTATION SWEETS, INC. | |
| Defendant | |

## MOTION TO DISMISS

**COMES NOW**, Defendant Plantation Sweets, by and through its attorney, Glen Cheney, and moves the court to dismiss this action for improper venue and lack of personal jurisdiction over the Defendant on the grounds that, at the time that this action was commenced, the Defendant was a corporation which was not subject to personal

jurisdiction in this district in the State of Texas, as appears from the affidavit of Ronald A. Collins, as President of Plantation Sweets, Inc., hereto attached as Exhibit "A."

**RESPECTFULLY SUBMITTED**, this 15th day of May, 2000.

GLEN A. CHENEY, P.C.

*[signature]*

GLEN A. CHENEY
State Bar No: 122825
Attorney for Defendant

100 Memorial Drive
Post Office Box 1548
Reidsville, Georgia 30453
Telephone: (912) 557-4606
Telecopier: (912) 557-4909

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS GARZA, MARTHA ALEJOS, FELIPE ALEJOS, ANDRES ARJONA, CARLOS ARREOLA, TIMOTEO ARREAGA, ISIDRO BANDA, ISRAEL BECERRA, LUCIANO CAMPOS, CARLOS CASANOVA, ROMUALDO CORRALES, FRANCISCO CRUZ, JR., ENRIQUE FARIAS, RAMIRO GARCIA, ROBERTO GARZA, ABEL LOPEZ, ABEL LOPEZ, JR., BEATRIZ LOPEZ, MARTHA LOPEZ, ANTONIO MARTINEZ, JUAN MATRINEZ, SERGIO MARTINEZ, JOSE MEJIA, GONZALO PEREZ, CARLOS QUINTANILLA, DOROTEO RODRIGUEZ, RUDECINDO RODRIGUEZ, REOFILO SOLIS, FELIX SUAREZ, JUAN TORRES, AND RAUL VASQUEZ, | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-056  JURY |
| Plaintiffs | § § | |
| v. | § § | |
| PLANTATION SWEETS, INC. | § § | |
| Defendant | § | |

## AFFIDAVIT

**COMES NOW**, RONALD A. COLLINS, AS PRESIDENT OF PLANTATION SWEETS, **INC.**, being duly sworn, and states the following:

1.

He is the President of Plantation Sweets, Inc., the Defendant sued herein and makes this affidavit in support of its Motion to Dismiss. Such Defendant is a corporation organized under the laws of the State of Georgia, with its principal place of business in the State of Georgia.



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS GARZA, MARTHA ALEJOS, FELIPE ALEJOS, ANDRES ARJONA, CARLOS ARREOLA, TIMOTEO ARREAGA, ISIDRO BANDA, ISRAEL BECERRA, LUCIANO CAMPOS, CARLOS CASANOVA, ROMUALDO CORRALES, FRANCISCO CRUZ, JR., ENRIQUE FARIAS, RAMIRO GARCIA, ROBERTO GARZA, ABEL LOPEZ, ABEL LOPEZ, JR., BEATRIZ LOPEZ, MARTHA LOPEZ, ANTONIO MARTINEZ, JUAN MATRINEZ, SERGIO MARTINEZ, JOSE MEJIA, GONZALO PEREZ, CARLOS QUINTANILLA, DOROTEO RODRIGUEZ, RUDECINDO RODRIGUEZ, REOFILO SOLIS, FELIX SUAREZ, JUAN TORRES, AND RAUL VASQUEZ, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-00-056 |
| v. | § § § | |
| PLANTATION SWEETS, INC. | § § | |
| Defendant | § | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Motion to Dismiss and Affidavit upon all parties in the foregoing matter by addressing same to:

> Nan Schivone
> Attorney in Charge for Plaintiffs
> Post Office Box 1669
> Tifton, Georgia 31793

Page 1 of 2