/0

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

MAY 2 2 2000

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

May 19, 2000

Mr. Rodolfo D. Sanchez
Texas Rural Legal Aid
259 S. Texas Blvd.
Weslaco, TX   78596

Ms. Lisa J. Krisher
Ms. Phyllis J. Holmen
1100 Spring Street, Suite 200A
Atlanta, GA   30309

Ms. Nancy J. Schivone
P. O. Box 1669
Tifton, GA   31793

Mr. Glen Cheney
P. O. Box 1548
Reidsville, GA   30453

      Re:    Order setting hearing
              C.A. No. B-00-056
              Jesus Garza, et al. vs.
              Plantation Sweets, Inc.

Counselors:

      Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

      Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial

and judgment. A form on which counsel can indicate consent is enclosed.

If **ALL** parties consent please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for **June 22, 2000 at 1:30 P.M.** before the Honorable John Wm. Black in Brownsville, Texas at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has
> conferred with the respondent and that counsel
> cannot agree about the disposition of the
> motion." Rule 6(A) (4) (b).

Very truly yours,

*/s/ John Wm. Black*
John Wm. Black
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS GARZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-056 |
| | § | |
| PLANTATION SWEETS, INC. | § | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**ORDER OF TRANSFER**

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____                    _____
Date                                         Filemon B. Vela
                                             United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**