

```
                                            United States District Court
                                             Southern District of Texas
                                                     FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS         JUN 2 2 2000
                 BROWNSVILLE DIVISION
                                                 Michael N. Milby
                                                   Clerk of Court
```

JESUS GARZA, ET AL.                §
    Plaintiffs,                    §
                                   §
VS.                                §   CIVIL ACTION NO. B-00-056
                                   §
PLANTATION SWEETS, INC.            §
    Defendant                      §

## MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

    The undersigned, an attorney at law, licensed to practice by the State of Texas and a member in good standing of the Bar of the United States Court, Southern District of Texas, hereby requests leave to appear as attorney for Plantation Sweets, Inc., Defendant, and certifies that he will be available for the purposes of an initial pretrial conference and/or the natural consequences thereof in the aforementioned cause on June 22, 2000 at 1:30 o'clock p.m. in place and stead of Glen A. Cheney.  As grounds therefore the undersigned would show the following:

I.

    Robert A. Whittington is thoroughly familiar with this action and no delay will result by the appearance of Robert A. Whittington at the initial pretrial conference.

II.

    Glen A. Cheney is in Reidsville, Georgia and will be unable to attend the pretrial conference.

III.

The undersigned represents that he has conferred with Glen A. Cheney, and he has no objection to the substitution.

WHEREFORE, Robert A. Whittington respectfully requests that this Court enter an order allowing him to appear on behalf of Plantation Sweets, Inc., in place of Glen A. Cheney on June 22, 2000 in the interest of justice.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Tel. 956/546-3731
Fax: 956/546-3766

By: _____
Robert A. Whittington
State Bar No. 21404700
Federal Admission No. 6990

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Leave to Appear has been served on all counsel of record on this  22   day of June, 2000, via hand delivery.

_____
Robert A. Whittington