```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS GARZA, ET AL. | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-056 |
| | § | |
| PLANTATION SWEETS, INC. | § | |
|     Defendant | § | |

ORDER GRANTING
MOTION FOR LEAVE TO APPEAR

On the 22nd$^h$ day of June, 2000 came on to be considered Robert A. Whittington's Motion for Leave to Appear in the place and stead of Glen A. Cheney, attorney of record for Defendant Plantation Sweets, Inc., and the Court after reviewing same, is of the opinion that said Motion be GRANTED. It is, therefore

ORDERED, ADJUDGED and DECREED that Robert A. Whittington be allowed to appear before this Court on behalf Defendant Plantation Sweets, Inc. at the initial pretrial conference scheduled for June 22, 2000.

SIGNED FOR ENTRY on this __22__ day of June, 2000, at Brownsville, Texas.

                                                      _____
                                                      JUDGE PRESIDING

ClibPDF - www.fastio.com