IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JESUS GARZA, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-56 |
| | § | |
| PLANTATION SWEETS, INC. | § | |
|     Defendant. | § | |

### ORDER

Pending before this Court is Defendant's Motion to Dismiss. (Docket No. 9). After careful consideration of said motion, the Court is of the opinion that this motion shall be **DENIED**.

DONE at Brownsville, Texas on this 23rd day of June, 2000.

                                            John Wm. Black
                                    United States Magistrate Judge