17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS GARZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-056 |
| | § | |
| PLANTATION SWEETS, INC. | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* <br> Glen A. Cheney | Defendant | 05/31/00 |
| *[signature]* <br> Nancy J. Schivone | Plaintiffs | 06/06/00 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

7-7-00
Date

Filemon B. Vela
United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.