

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARZA, et al. | : |
| Plaintiffs, | : CIVIL ACTION NO. B-00-056 |
| | : |
| vs. | : JURY |
| | : |
| PLANTATION SWEETS, INC., | : |
| Defendant. | : |

**NOTICE OF FILING FIRST AMENDED COMPLAINT**

Plaintiffs hereby file their First Amended Complaint, pursuant to Fed. R. Civ. P. 15(a). The amendment is needed because counsel inadvertently misstated Plaintiff Catarino Quintanilla's name as "Carlos Quintanilla." Plaintiffs amend their Complaint in order to correct his name in the case style and throughout the Complaint. In addition, Plaintiffs have adjusted the lettering in paragraph 35. As of today's date, the Defendant has not yet filed or served their responsive pleading in this matter. Therefore, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs are entitled to file their First Amended Complaint as a matter of course.

Respectfully submitted this 11th day of July, 2000,

N. Schivone

Nancy J. Schivone
Attorney-in-Charge for Plaintiffs
Georgia State Bar No. 629398
P.O. Box 1669
Tifton, Georgia 31793

Tel: 912-386-3566
Fax: 912-386-3588

Lisa J. Krisher
Georgia State Bar No. 429762
Phyllis J. Holmen
Georgia State Bar No. 363850
Co-Counsel for Plaintiffs
1100 Spring Street, Suite 200-A
Atlanta, Georgia 30309
Tel: 404-206-5175
Fax: 404-206-5346

Rodolfo D. Sanchez
Co-Counsel for Plaintiffs
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel: 956-968-9574
Fax.: 956-968-8823

## CERTIFICATE OF SERVICE

I hereby certify this 17th day of July, 2000 that a true and correct copy of PLAINTIFFS' NOTICE OF FILING and the attached FIRST AMENDED COMPLAINT has been duly served on Defendant Plantation Sweets, Inc. by depositing the same in the United States Mail, with adequate postage affixed thereto and properly addressed as follows:

Mr. Glen A. Cheney
Attorney at Law
100 Memorial Drive
P.O. Box 1548
Reidsville, Georgia 30453

D. Schume

Counsel for Plaintiffs

-2-