

United States District Court
Southern District of Texas
FILED

SEP 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARZA, et al. : | |
| Plaintiffs, : | Civil Action No. B-00-056 |
| : | JURY |
| vs. : | |
| PLANTATION SWEETS, INC., : | |
| Defendant. : | |

**MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT PLANTATION SWEET, INC.**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs move for entry of default against Defendant Plantation Sweets, Inc. and respectfully show the Court the following:

1. This civil action was filed under the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1801-1872 (AWPA) and the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (FLSA) on April 13, 2000.

2. The Defendant was personally served with a copy of the Summons, Complaint on April 24, 2000 by personally serving Mr. Glen A. Cheney, Defendant's registered agent for service of process at 100 Memorial Drive, Reidsville, Georgia. A true and accurate copy of the return of service was filed with the Court on May 8, 2000 and is incorporated herein by reference.

3. The Defendant filed a Motion to Dismiss the Plaintiffs' Complaint on May 15, 2000.

4. At the initial pretrial conference on June 22, 2000, the Court ruled that Defendant's Motion was denied.

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the Defendant was required to serve its

answer or otherwise plead within 10 days after notice that their Motion would be denied.

6. The Defendant did not serve its answer or otherwise plead within the time period prescribed in Rule 12.

7. The Plaintiffs filed their First Amended Complaint on July 17, 2000. The First Amended Complaint was served on the Defendant by mailing a copy of the same to Mr. Glen A. Cheney, Defendant's registered agent for service of process and its attorney of record.

8. Pursuant to Fed. R. Civ. P. 15(a), the Defendant was required to respond to the amended pleading within 10 days of service of the First Amended Complaint.

9. More than 10 days have elapsed since the Defendant was served with the First Amended Complaint and the Defendant has not yet responded with an answer or other pleading.

10. The Plaintiffs served their First Request for Production of Documents to Defendant Plantation Sweets, Inc. on July 10, 2000.

11. Pursuant to Fed. R. Civ. P. 34(b), the Defendant was required to respond to the discovery request within 30 days of service.

12. More than 30 days have elapsed since the Defendant was served with the Document Request and the Defendant has not yet responded.

13. Pursuant to Local Rule 6(c)(2), this Motion for Entry of Default is being served on the Defendant by certified mail, return receipt requested, to Mr. Glen A. Cheney, Defendant's registered agent for service of process and attorney of record.

14. More than 4 months have passed since this lawsuit was initially filed, more than 69 days have passed since this Court denied Defendant's motion to dismiss, more than 16 days have passed since Defendant's discovery responses were due, and more than 49 days have passed since

this Defendant was served with Plaintiffs' First Amended Complaint. To date, Defendant Plantation Sweets, Inc., has not filed an answer to this lawsuit and has not responded to discovery.

WHEREFORE, the Plaintiffs request that this Court order the Clerk to enter default against Defendant Plantation Sweets, Inc., and that Plaintiffs be awarded all relief to which they may justly be entitled.

Respectfully submitted,

For Nancy J. Schivone w/ permission by R.[illegible] Sncl
Georgia State Bar No. 629398
Attorney-in-charge for Plaintiffs
P.O. Box 1669
Tifton, GA 31793
Tel: (912) 386-3566
Fax: (912) 386-3588

Lisa J. Krisher
Georgia State Bar No. 429762
Phyllis J. Holmen
Georgia State Bar No. 363850
Co-Counsel for Plaintiffs
1100 Spring Street, Suite 200-A
Atlanta, Georgia 30309
Tel: (404) 206-5175
Fax: (404) 206-5346

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Co-Counsel for Plaintiffs
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel: (956) 968-9574
Fax: (956) 968-8823

## CERTIFICATE OF SERVICE

I hereby certify that this _1st_ day of ~~August~~ September, 2000, a true and accurate copy of the foregoing pleading was sent by certified mail, return receipt requested to:

Mr. Glen A. Cheney
Registered Agent for Defendant Plantation Sweets, Inc.
100 Memorial Drive
P.O. Box 1548
Reidsville, Georgia 30453

_____
Counsel for Plaintiffs