21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS GARZA, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-056 |
| | § | |
| PLANTATION SWEETS, INC., | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PLANTATION SWEETS, INC.

BEFORE the Court is Plaintiffs' Motion for Entry of Default Against Defendant Plantation Sweets, Inc. After due consideration, the Court finds that the Defendant is in default because it has failed to plead or otherwise defend this action within the time required by law. Fed. R. Civ. P. 55(a).

ACCORDINGLY, the Court finds that Plaintiffs' Motion for Entry of Default Against Defendant Plantation Sweets, Inc. to be meritorious and is hereby GRANTED.

As of today's date, default is hereby entered against Defendant Plantation Sweets, Inc.

SIGNED and ENTERED this 14th day of September, 2000 in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge