22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS GARZA, et al. : | |
| Plaintiffs, : | Civil Action No. B-00-056 |
| : | |
| vs. : | JURY |
| : | |
| PLANTATION SWEETS, INC., : | |
| Defendant. : | |

**JOINT STIPULATION FOR FINAL JUDGMENT OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between the Plaintiffs, through their undersigned counsel, and the Defendant, through its undersigned counsel, that having reached settlement regarding the issues set forth in this cause, the parties hereby consent to the entry of a final judgment dismissing this cause with prejudice.

Respectfully submitted,

_____
Nancy J. Schivone
Georgia State Bar No. 629398
Attorney-in-charge for Plaintiffs
P.O. Box 1669
Tifton, Georgia 31793
Tel: (912) 386-3566
Fax: (912) 386-3588

Lisa J. Krisher
Georgia State Bar No. 429762
Phyllis J. Holmen
Georgia State Bar No. 363850
1100 Spring Street, Suite 200-A
Atlanta, Georgia 30309

_____
Mr. Glen A. Cheney
Georgia State Bar No. 122825
Attorney for Defendant
P.O. Box 1548
Reidsville, Georgia 30453
Tel: (912) 557-4606
Fax: (912) 557-4909

Robert A. Whittington
Texas Bar No. 21404700
S.D. No. 6990
100 North Expressway 83
Brownsville, Texas 78521-2284
Tel: (956) 546-3731

-2-

Tel: (404) 206-5175                                     Fax: (956) 546-3766
Fax: (404) 206-5346

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel: (956) 968-9574
Fax: (956) 968-8823

## CERTIFICATE OF SERVICE

I hereby certify this 20th day of November, 2000 that a true and correct copy of JOINT STIPULATION FOR FINAL JUDGMENT OF DISMISSAL has been duly served on Defendant Plantation Sweets, Inc. by depositing the same in the United States Mail, with adequate postage affixed thereto and properly addressed as follows:

> Mr. Glen A. Cheney
> Attorney at Law
> 100 Memorial Drive
> P.O. Box 1548
> Reidsville, Georgia 30453

*[signature]*
_____
Counsel for Plaintiffs