

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS GARZA, et al. | § | |
| | § | Civil Action No.  B-00-056 |
| Plaintiffs, | § | |
| | § | JURY |
| vs. | § | |
| | § | |
| PLANTATION SWEETS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

BEFORE the Court is the parties' Joint Stipulation for Final Judgment of Dismissal. After due consideration, the Court hereby finds the above-entitled cause to be hereby dismissed with prejudice.

SIGNED and ENTERED this 1st day of DECEMBER 2000 in Brownsville, Texas.

_____
Judge, United States District Court

ClibPDF - www.fastio.com